## 56870. WILLIAMS v. STATE MEDICAL EDUCATION BOARD OF GEORGIA.

SHULMAN, Judge.

This court having entered on March 8, 1979, a judgment in the above-styled case, 149 Ga. App. 444 (254 SE2d 450), reversing the judgment of the trial court; and

the judgment of this court having been reversed on certiorari by the Supreme Court in *State Medical Ed. v. Williams,* 244 Ga. 401 (1979), the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court. Insofar as Division 2 of the judgment rendered by this court was unaffected by the Supreme Court's decision, we affirm that holding.

*Judgment affirmed. Quillian, P. J., and Birdsong, J., concur.*

DECIDED NOVEMBER 7, 1979.

*Richard E. Thomasson,* for appellant.
*J. Michael Lamberth,* for appellee.

*Judgment affirmed. Quillian, P. J., Smith and Birdsong, JJ., concur.*